JACK SIBEN, Appellant, v. J. & P. REALTY CO., INC., and Others, Defendants, and ISIDORE DREYFUSS and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WHITTON AUTOMOTIVE PARTS COMPANY, a Foreign Corporation, Appellant, v. YALE ELECTRIC CORPORATION, a Foreign Corporation, and AUTOMOTIVE MANUFACTURERS OUTLET, INC., a Domestic Corporation, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

DOMENICK YODICE, Respondent, v. AMERICAN EXPORT LINES, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

AMERICAN TRUST COMPANY, as Trustee and Successor Trustee under a Certain Mortgage or Deed of Trust Dated March 1, 1926, Made by J. F. I. CONSTRUCTION Co., INC., Respondent, v. J. F. I. CONSTRUCTION Co., INC., and Others, Defendants. ABE FREDERICKS and Others, Appellants; BECKER-DANOWITZ Co., INC., and Others, Respondents.— Judgment unanimously affirmed with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

COLD SPRING LIGHT, HEAT AND POWER COMPANY, Appellant, v. CHARLES M. SELLECK and Others, Village Trustees of the Village of Cold Spring, Respondents. (Actions Nos. 1 and 2, Consolidated.)— Order and judgment affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents, being of opinion that, by reason of the stays that had been granted up to and including the time when the Court of Appeals denied plaintiff's motion for leave to appeal, the time within which plaintiff was to remove the poles had not expired when defendants removed them, or, in any event, a reasonable time from the time of the determination of the Court of Appeals within which plaintiff should remove the poles had not been fixed by the Special Term.

MAUDE D'AMICO, Respondent, v. FRANK D'AMICO, Appellant.— Order denying defendant's motion to reduce alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

DE ANGELIS BROS., INC., Respondent, v. HOWARD CLOTHES, INC., Appellant.— Order granting plaintiff's motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.